# EXHIBIT 1

# EXHIBIT 1



## MUTUAL AGREEMENT TO ARBITRATE CLAIMS

This Mutual Agreement to Arbitrate Claims ("Agreement") is between the undersigned Associate ("Associate") and The Children's Place, Inc. and its subsidiaries, including The Children's Place Services Company, LLC and The Children's Place (Barbados) Inc. (collectively, "The Children's Place"). The Children's Place and Associate recognize that differences may arise during or following Associate's application, assignment, employment, including any or all periods of employment with The Children's Place. By entering into this Agreement, The Children's Place and Associate anticipate gaining the benefits of an impartial final and binding dispute-resolution procedure.

1. **Arbitration.** Arbitration under this Agreement is governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.). Subject to Section 2 below, this Agreement applies to any dispute arising out of or related to Associate's application for employment, employment or separation of employment with The Children's Place regardless of its date of accrual and survives after the employment relationship terminates.

**Except as otherwise stated in Section 6 below, The Children's Place and Associate agree that any dispute or controversy covered by this Agreement, or arising out of, relating to, or concerning the validity, enforceability or breach of this Agreement, shall be resolved by binding arbitration and not by court or jury trial. Except as otherwise stated in this Agreement, The Children's Place and Associate understand and agree that they are waiving their right to maintain a court action or jury trial to resolve their covered disputes.**

Binding arbitration shall be in accordance with the Employment Arbitration Rules of the American Arbitration Association ("AAA" Rules) then in effect to be held (unless The Children's Place and Associate agree in writing otherwise) within 25 miles of where Associate is or was last employed by The Children's Place.

The AAA Rules may be found at www.adr.org, by searching for "AAA Employment Arbitration Rules" using a service such as www.Google.com or by contacting Payroll Services at 1-888-827-3274 or payroll.services@childrensplace.com for a copy of the AAA Rules. If for any reason the AAA will not administer the arbitration, either party may apply to a court of competent jurisdiction with authority over the location where the arbitration will be conducted for appointment of a neutral arbitrator.

### 2. Claims Covered by this Agreement.

Except as otherwise provided, this Agreement also applies, without limitation, to disputes arising out of or related to the employment relationship or the termination of that relationship, trade secrets, unfair competition, compensation, classification, minimum wage, seating, expense reimbursement, overtime, breaks, meal and rest periods, termination, discrimination or harassment and claims arising under the Uniform Trade Secrets Act, Civil Rights Act of 1964, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act (except for claims for employee benefits under any benefit plan sponsored by the Company and (a) covered by the Employee Retirement Income Security Act of 1974 or (b) funded by insurance), Affordable Care Act, Genetic Information Non Discrimination Act, state or local statutes or regulations addressing the same or similar subject matters, and all other federal, state or local legal claims arising out of or relating to Associate's employment or the termination of employment (including without limitation post-employment defamation) and any contract or tort claims of any kind or nature in any way related to employment, terms of conditions of employment or termination of employment.

### 3. Claims not Covered by this Agreement.

(a) This Agreement does not apply to litigation between The Children's Place and Associate pending in a state or federal court as of the date of Associate's receipt of this Agreement.

(b) This Agreement does not apply to claims Associate brings for workers compensation, state disability insurance or unemployment insurance benefits.

(c) Nothing contained in this Agreement prevents or excuses Associate (individually or in concert with others) or The Children's Place from utilizing The Children's Place's existing internal procedures for resolution of complaints, and this Agreement is not intended to be a substitute for the utilization of such procedures.

(d) Either The Children's Place or Associate may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief in connection with an arbitrable controversy, but only upon the ground that the award to which that party may be entitled may be rendered ineffectual without such relief.

(e) Regardless of any other terms of this Agreement, a claim may be brought before and remedies awarded by an administrative agency if applicable law permits the agency to adjudicate the claim notwithstanding the existence of an agreement to arbitrate. Such administrative claims include without limitation claims or charges brought before the Equal Employment Opportunity Commission, the U.S. Department of Labor, or the National Labor Relations Board. Nothing in this Agreement shall be deemed to preclude or excuse a party from bringing an administrative claim before any agency in order to fulfill the party's obligation to exhaust administrative remedies before making a claim in arbitration.

(f) Disputes that the Dodd-Frank Wall Street Reform and Consumer Protection Act (Public Law 111-203) states may not be arbitrated are excluded from the coverage of this Agreement.

**4. Paying for the Arbitration.**   The Children's Place will pay all costs and expenses unique to arbitration, including without limitation the arbitrator's fees. Associate understands that Associate may have an attorney represent Associate in connection with the arbitration, and Associate is responsible

for paying Associate's own attorney's fees although, depending on the outcome, the arbitrator may award attorney's fees to Associate or Associate's attorney.

5. **The Arbitrator's Decision.** The arbitrator must follow applicable law and may award only those remedies (including without limitation attorney fees and costs) that would have applied had the matter been heard in court. Judgment may be entered on the arbitrator's decision in any court having jurisdiction.

6. **Class, Collective and Representative Action Waiver.**

THIS AGREEMENT AFFECTS ASSOCIATE'S ABILITY TO PARTICIPATE IN CLASS, COLLECTIVE OR REPRESENTATIVE ACTIONS. BOTH THE CHILDREN'S PLACE AND ASSOCIATE AGREE TO BRING ANY DISPUTE COVERED BY THIS AGREEMENT IN ARBITRATION ON AN INDIVIDUAL BASIS ONLY, AND NOT AS A CLASS, COLLECTIVE OR PRIVATE ATTORNEY GENERAL OR OTHER REPRESENTATIVE ACTION. THEREFORE, BY ENTERING INTO THIS AGREEMENT, THERE IS NO RIGHT OR AUTHORITY FOR ANY DISPUTE COVERED BY THIS AGREEMENT TO BE BROUGHT, HEARD OR ARBITRATED AS A CLASS, COLLECTIVE, OR PRIVATE ATTORNEY GENERAL OR OTHER REPRESENTATIVE ACTION, OR AS A MEMBER IN ANY SUCH CLASS, COLLECTIVE, OR PRIVATE ATTORNEY GENERAL OR OTHER REPRESENTATIVE PROCEEDING ("Class Action Waiver").

Notwithstanding any other provision of this Agreement or the AAA Rules, disputes regarding the validity, enforceability or breach of the Class Action Waiver may be resolved only by a civil court of competent jurisdiction and not by an arbitrator.

In any case in which (1) the dispute is filed as a class, collective action, or private attorney general or other representative action and (2) there is a final judicial determination that all or part of the Class Action Waiver is unenforceable, the class, collective, or private attorney general or other representative action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Class Action Waiver that is enforceable shall be enforced in arbitration.

The Children's Place will not retaliate against, discipline or threaten to discipline Associate as a result of Associate exercising Associate's rights under Section 7 of the National Labor Relations Act by the filing of or participation in a class, collective, or private attorney general or other representative action in any forum. However, The Children's Place may lawfully seek enforcement of this Agreement and the Class Action Waiver under the Federal Arbitration Act and seek dismissal of such class, collective, or private attorney general or other representative actions or claims.

The Class Action Waiver shall be severable in any case in which the dispute is filed as an individual action and severance is necessary to ensure that the individual action proceeds in arbitration.

7. **Enforcement of this Agreement.** This Agreement is the full and complete agreement relating to the formal resolution of disputes covered by this Agreement and replaces all prior agreements regarding the arbitration of disputes. In the event any portion of this Agreement is deemed unenforceable, the remainder of this Agreement will be enforceable. If the Class Action Waiver in Section 6 of this

Agreement is deemed to be unenforceable, The Children's Place and Associate agree that this Agreement is otherwise silent as to any party's ability to bring a class, collective, or private attorney general or other representative action in arbitration.

8. **Opt Out Right.** Arbitration is not a mandatory condition of Associate's employment at The Children's Place, and therefore Associate may submit a statement notifying The Children's Place that Associate wishes to opt out and not be subject to this Agreement.

If Associate elects to opt out Associate must notify The Children's Place of Associate's intention to opt out by submitting a signed and dated statement on a "Mutual Agreement to Arbitrate Opt Out Form" that can be accessed on the Portal at People/My Place/Supplemental. In order to be effective, Associate's opt out notice must be provided within 30 days of Associate's receipt of this Agreement. If Associate timely opt outs as provided in this paragraph Associate will not be subject to any adverse employment action as a consequence of that decision, and Associate may pursue available legal remedies without regard to this Agreement. If Associate does not opt out of this Agreement within 30 days of Associate's receipt of this Agreement, continuing employment constitutes mutual acceptance of the terms of this Agreement by The Children's Place and Associate, and The Children's Place and Associate will be bound by the terms of this Agreement.

THIS AGREEMENT IS A CONTRACT AND COVERS IMPORTANT ISSUES RELATING TO ASSOCIATE'S RIGHTS. IT IS ASSOCIATE'S SOLE RESPONSIBILITY TO READ IT AND UNDERSTAND IT. ASSOCIATE HAS THE RIGHT TO CONSULT WITH COUNSEL OR INDEPENDENT ADVISORS OF ASSOCIATE'S CHOICE OUTSIDE THE COMPANY CONCERNING THIS AGREEMENT.

**AGREED: THE CHILDREN'S PLACE, INC. AND ITS SUBSIDIARIES**

By: _____

**Leah Swan**
**Senior Vice President, Human Resources**

| | First | Last |
|---|---|---|
| Name: | NICOLE | CAMPBELL |

**Employee Electronic Signature:** (Digitally Signed)    **Date:** 06 Nov 2017

(last 4 digits of social security number)